**AMERICAN LOAN COMPANY OF AKRON, Petitioner, v. Guy T. HELVERING, Commissioner of Internal Revenue.**

No. 5958.

Court of Appeals of the District of Columbia.

Argued Jan. 16, 1934.

Decided March 12, 1934.

Rehearing Denied April 9, 1934.

Samuel A. Syme, of Washington, D. C., and J. R. Collins, of New York City, for petitioner.

C. M. Charest, J. Louis Monarch, Shelby S. Faulkner, W. R. Lansford, Sewall Key, and John H. McEvers, all of Washington, D. C., for respondent.

Before MARTIN, Chief Justice, and ROBB, VAN ORSDEL, HITZ, and GRONER, Associate Justices.

MARTIN, Chief Justice.

This case involves in principle the identical questions heard and decided by us in Beneficial Loan Society of Trenton v. Commissioner of Internal Revenue, 63 App. D. C. 122, 70 F.(2d) 288, and the cases were argued and submitted together.

In accordance with our opinion and decision handed down concurrently herewith in the former case, the decision of the Board of Tax Appeals herein appealed from is affirmed.

Affirmed.